IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY HOME EQUITY LOAN TRUST 2005-1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-1 | § § § § § § § § § § § § | NO. 9:15-CV-127 |
| v. | | |
| TARA NEWMAN and JOHN NEWMAN | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## DENYING MOTION FOR SUMMARY JUDGMENT

The court has received the report and recommendation of United States Magistrate Judge Zack Hawthorn, which recommends denying Plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2005-1 Mortgage Pass-Through Certificates, Series 2005-1's ("Deutsche Bank") "Motion for Summary Judgment." Doc. No. 20. No objections have been received, and the time for so doing has passed. The report and recommendation of Judge Hawthorn is **ADOPTED**, and Deutsche Bank's "Motion for Summary Judgment" (Doc. No. 19) is **DENIED**.

So **ORDERED** and **SIGNED** this **16** day of **June, 2017.**

_____
Ron Clark, United States District Judge