IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| DEUTSCHE BANK NATIONAL | § | |
| TRUST COMPANY, AS TRUSTEE FOR | § | NO. 9:15-CV-127 |
| MORGAN STANLEY HOME EQUITY | § | |
| LOAN TRUST 2005-1 MORTGAGE | § | |
| PASS-THROUGH CERTIFICATES, | § | |
| SERIES 2005-1 | § | |
| | § | |
| v. | § | |
| | § | |
| TARA NEWMAN and | § | |
| JOHN NEWMAN | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF
## UNITED STATES MAGISTRATE JUDGE

This case was referred to United States Magistrate Judge Zack Hawthorn for pretrial management. Doc. No. 7. The court has received the report and recommendation from Judge Hawthorn (Doc. No. 23), which recommends granting Plaintiff Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Home Equity Loan Trust 2005-1 Mortgage Pass-Through Certificates, Series 2005-1's ("Deutsche Bank") "Amended Motion for Default Judgment" (Doc. No. 22). No objections have been received by the court, and the time for so doing has passed. Therefore, the report and recommendation of Judge Hawthorn is **ADOPTED**, and Deutsche Bank's "Amended Motion for Default Judgment" (Doc. No. 22) is **GRANTED**.

So **ORDERED** and **SIGNED** this **24** day of **August, 2017.**

_____
Ron Clark, United States District Judge